## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF THE STATE OF TENNESSEE

| | |
|---|---|
| **Acadia Insurance Company** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| vs. ) | No. 3:06-CV-476 |
| ) | Phillips/Shirley |
| **Hardwick Construction, Inc.** ) | Jury Demanded |
| ) | |
| **Defendant.** ) | |

## AGREED ORDER GRANTING MOTION TO AMEND ANSWER AND COUNTERCLAIM

The Defendant, having filed a Motion Amend its Answer and Counterclaim, and it appearing to the Court, as evidenced by the signatures of counsel for the respective parties below, that the parties have agreed that it is proper and appropriate for Hardwick Construction, Inc. to be allowed to Amend its Answer and Counterclaim, and for good cause shown, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. That the Defendant, Hardwick Construction, Inc., is permitted to amend its Amend its Answer and Counterclaim.

2. That Paragraph 6 of the Defendant's Answer and Paragraph 7 of the Defendant's Counterclaim are amended to henceforth shall read as follows:

That a jury of six (6) persons be impaneled to try all issues pertaining to this cause.

Enter this _____ day of _____, 2007.

                                                      _s/ C. Clifford Shirley, Jr._
                                                    Honorable C. Clifford Shirley, Jr.
                                                    United States Magistrate Judge

Approved for Entry:

*Ryan N. Shamblin*
D. Scott Hurley, Esquire BPR# 011001
Ryan N. Shamblin, Esq., BPR #022280
625 South Gay Street, Suite 260
P.O. Box 682
Knoxville, Tennessee 37901-0682
(865) 523-1414

*Mike Mollenhour*
Michael J. Mollenhour, Esquire BPR# 011301
P.O. Box 9299
Knoxville, Tennessee 37940
(865) 609-1040