# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF THE STATE OF TENNESSEE

| | |
|---|---|
| Acadia Insurance Company ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | No. 3:06-CV-476 |
| ) | Phillips/Shirley |
| Hardwick Construction, Inc. ) | Jury Demanded |
| ) | |
| Defendant. ) | |

## AGREED ORDER GRANTING MOTION TO JOIN INDISPENSABLE PARTIES

The Defendant, having filed a Motion to Join Indispensable Parties, and it appearing to the Court, as evidenced by the signatures of counsel for the respective parties below, that the parties have agreed that it is proper and appropriate for Hardwick Land Development, LLC, Andy M. Lee, and Insurance Incorporated to be added as additional party Defendants in this matter, and for good cause shown, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. That Hardwick Land Development, LLC, Andy M. Lee, and Insurance Incorporated are indispensable parties; and

2. That Hardwick Land Development, LLC, Andy M. Lee, and Insurance Incorporated shall be joined as Defendants in this cause.

Enter this _____ day of _____, 2007.

                                               s/ C. Clifford Shirley, Jr.
                                         Honorable C. Clifford Shirley, Jr.
                                         United States Magistrate Judge

Approved for Entry:

_(signature)_
D. Scott Hurley, Esquire BPR# 011001
Ryan N. Shamblin, Esq., BPR #022280
625 South Gay Street, Suite 260
P.O. Box 682
Knoxville, Tennessee 37901-0682
(865) 523-1414

_(signature)_
Michael J. Mollenhour, Esquire BPR# 011301
P.O. Box 9299
Knoxville, Tennessee 37940
(865) 609-1040