# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | |
|---|---|
| ACADIA INSURANCE COMPANY, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) No.: 3:06-CV-476 |
| v. | ) |
| | ) PHILLIPS/SHIRLEY |
| HARDWICK CONSTRUCTION, INC., | ) |
| HARDWICK LAND DEVELOPMENT, LLC, | ) JURY DEMAND |
| INSURANCE INCORPORATED, AND | ) |
| ANDY M. LEE, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

The parties hereto, through counsel, have advised the Court that all matters in controversy between them were settled at mediation conducted on April 7, 2008. The Court received the report of the mediator which was filed on April 8, 2008 confirming settlement. Accordingly, the declaratory judgment action brought by Acadia Insurance Company, the counterclaims of Hardwick Construction, Inc. and Hardwick Land Development, LLC against Acadia Insurance Company, and the cross-claims brought by Hardwick Construction, Inc. and Hardwick Land Development, LLC against Andy M. Lee and Insurance Incorporated are hereby dismissed on the merits and with full prejudice. The parties have agreed to waive taxation of costs.

**IT IS SO ORDERED**  ENTER:

　　　　　　　　　　　　　　　　　　　　　s/ C. Clifford Shirley, Jr.
　　　　　　　　　　　　　　　　　　　　**U.S. MAGISTRATE JUDGE**

**APPROVED FOR ENTRY:**

**MOLLENHOUR & TAYLOR**

By:     s/Michael J. Mollenhour
       **MICHAEL J. MOLLENHOUR (011301)**
       **JEFFREY L. TAYLOR (018919)**
       *Attorneys for Acadia Insurance Company*
       P.O. Box 9299
       Knoxville, TN 37940
       (877) 609-1040

**LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC**

By:     s/Steven W. Keyt
       **STEVEN W. KEYT (009200)**
       *Attorneys for Insurance Incorporated*
       *and Andy M. Lee*
       801 Broad Street, Third Floor
       Chattanooga, TN 37402
       (423) 265-0214

**THE HURLEY LAW FIRM, P.C.**

By:     s/D. Scott Hurley
       **D. SCOTT HURLEY (011001)**
       **RYAN N. SHAMBLIN (022280)**
       *Attorneys for Hardwick Construction, Inc. and*
       *Hardwick Land Development, LLC*
       625 S. Gay Street, Suite 260
       P.O. Box 682
       Knoxville, TN 37901-0682
       (865) 523-1414